# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D18-2005

————————————————

MIHO SHIRAISHI MATTEO,

   Petitioner,

v.

JERRY PETER MATTEO,

   Respondent.

————————————————

Petition for Writ of Prohibition—Original Jurisdiction.

June 5, 2018

PER CURIAM.

   The petition for writ of prohibition is DENIED.

WOLF, JAY, and WINSOR, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————

William S. Graessle and Jonathan W. Graessle of William S. Graessle, P.A., Jacksonville, for Petitioner.

No appearance for Respondent.